# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

KERRIE ANN TOWNS,

    Plaintiff,

v.                                                     Case No: 5:24-cv-209-JSM-PRL

UNUM LIFE INSURANCE COMPANY
OF AMERICA,

    Defendant.

## ORDER

The Court has been advised via a Joint Notice of Settlement (Dkt. 19) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.09(b), it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. All motions, if any, are dismissed. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 15th day of October, 2024.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record